# Sills Cummis & Gross
A Professional Corporation

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102**
**Tel: (973) 643-7000**
**Fax (973) 643-6500**

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

**David W. Phillips**
**Of Counsel**
**Direct Dial:  973-643-6168**
**Email: dphillips@sillscummis.com**

100 Overlook Center, 2nd Floor
Princeton, NJ 08540
Tel: (609) 227-4600
Fax: (609) 227-4646

September 24, 2019

VIA ECF

Hon. Stanley R. Chesler, U.S.D.J.
United States District Court
   For the District of New Jersey
Frank R. Lautenberg U.S. Post Office
   and Court House
2 Federal Square
Newark, New Jersey 07102

> Re:   *MEPT Lincoln Crossing LLC v. Towers Associates, Ltd.*
>        **Civil Action No. 2:19-cv-17639-SRC-CLW ("Towers #1")**
>
>        *Towers Associates, Ltd., v MEPT Lincoln Crossing LLC*
>        **Civil Action No. 2:19-cv-17515-SRC-CLW (#Towers #2")**

Dear Judge Chesler:

   We represent Towers Associates, Ltd. ("Towers"), the defendant in the first captioned matter, and the plaintiff in the second captioned matter.  I write pursuant to Your Honor's Orders to Show Cause in each matter (Towers #1, dated September 11, 2019, ECF 4; Towers #2 dated September 11, 2019, ECF 5), that Towers establish subject matter jurisdiction, i.e., complete diversity for purposes of 28 U.S.C. § 1332(a).

   We have consulted with counsel for MEPT Lincoln Crossing LLC ("MEPT"), who has shared the structure and a redacted members list of MEPT.  We have concluded therefrom that there is not diversity jurisdiction.  Accordingly, we will be filing a voluntary dismissal without prejudice of Towers #2 immediately after filing this letter, and hereby consent to a remand of Towers #1.

Sills Cummis & Gross
A Professional Corporation

September 24, 2019
Page 2.

       Thank you for your courtesies in this regard.

       Respectfully submitted,

       **Sills Cummis & Gross P.C.**

       */s/ David W. Phillips*

       David W. Phillips

DWP:

Cc:    John A. Basinger, Esq. (Via Email)
         Valerie G. Pennacchio, Esq. (Via Email and ECF)